KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant NICHOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-0238-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| NICHOLAS PERRY et al, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, Kresta Nora Daly, that the status conference set for September 12, 2013 be vacated.  The parties request a new status hearing be set for November 21, 2013.

Defense counsel requires additional time to consult with her client.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation and continuity of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

1  Dated: September 9, 2013.        Respectfully submitted,

2                                   BARTH TOZER & DALY LLP

3                                   By   /s/ Kresta Nora Daly
                                         KRESTA NORA DALY
4                                        Attorneys for NICHOLAS PERRY

7  Dated: September 9, 2013.        By   /s/ Kresta Nora Daly for
                                         KYLE REARDON
8                                        Assistant United States Attorney

## O R D E R

For the reasons stipulated by the parties the status hearing set for September 12, 2103 is vacated. A status hearing will be set for November 21, 2013. The Court finds excludable time through November 21, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

**Dated: September 12, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT