KRESTA NORA DALY, SBN 199689
BARTH DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
NICHOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0238-MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER** |
| v. | |
| NICHOLAS PERRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, KRESTA NORA DALY, that the sentencing hearing set for April 3, 2014 be vacated. The parties request a sentencing hearing for June 26, 2014.

///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated: March 19, 2014. | Respectfully submitted, |
| | BARTH DALY LLP |
| | By  /s/ Kresta Nora Daly<br>KRESTA NORA DALY<br>Attorneys for NICHOLAS PERRY |
| Dated: March 19, 2014 | By  /s/ Kresta Nora Daly for<br>KYLE REARDON<br>Assistant United States Attorney |

**O R D E R**

**IT IS SO ORDERED.**

**Dated: March 19, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

AMENDED STIPULATION AND ORDER     [Case No. 2:12-CR-0238-MCE]