1  KRESTA NORA DALY, SBN 199689
   BARTH DALY LLP
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant NICHOLAS PERRY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. 2:12-cr-0238-MCE

12              Plaintiff,            **STIPULATION AND ORDER**

13      v.

14 NICHOLAS PERRY, et al.,

15              Defendants.

16

17      It is hereby stipulated and agreed to between the United States of America through Kyle

18 Reardon, Assistant United States Attorney, and defendant Nicholas Perry, through his counsel,

19 Kresta Nora Daly, that:

20      1.     In April 2012 an undercover law enforcement officer contacted Brandon Marks.

21             Due to that contact Mr. Marks was ultimately arrested, indicted and convicted in

22             this district for enticement of a minor.  Prior to his arrest, Mr. Marks and Mr. Perry

23             developed an on-line relationship.  At the time of his arrest Mr. Marks consented

24             to law enforcement taking over his on-line identity.  Undercover law enforcement

25             contacted Mr. Perry pretending to be Mr. Marks.  Undercover law enforcement

26             used essentially the same set of operative facts in the sting operation involving

27             Mr. Marks as they did in their sting operation involving Mr. Perry and his co-

28             defendant.

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00012365}                    - 1 -

2.     Mr. Marks was indicted in 2:12-CR-0229-KJM.  Mr. Marks' plea agreement was sealed.

3.     The parties in the instant case recently received the pre-sentence reports in this case; and

4.     Defense counsel for Mr. Perry informed the government she intends to file informal objections to the sentence recommended by probation.  Defense counsel anticipates filing formal objections prior to sentencing.  Defense counsel discussed with Mr. Reardon her concerns regarding sentencing disparity between the sentence recommended for Mr. Perry and Mr. Marks' sentence.

In order for defense counsel to fully develop her sentencing disparity arguments, defense counsel requires copies of Mr. Marks' plea agreement.

Counsel for the government does not object to a limited unsealing of Mr. Marks' plea agreement.  Specifically, the government does not object to providing counsel for Mr. Perry with copies of Mr. Marks' plea agreement.  By way of this stipulation and proposed order, the government seeks permission to provide defense counsel with copies of Mr. Marks' plea agreement.

Mr. Marks was represented by the Federal Defender's Office.  The Federal Defender's Office is aware of this request and does not object.

The defense will not disseminate copies of the plea agreement.  Defense counsel is permitted to show the plea agreement to Mr. Perry but agrees not to provide Mr. Perry with a copy.

///
///
///
///
//////
///
///

B ARTH  D ALY  LLP
A TTORNEYS  AT  L AW
S ACRAMENTO ,  C ALIFORNIA

1   The defense will not attach a copy of the plea agreement to any publically filed motion or other

2   document.  If defense counsel seeks to use Mr. Marks' plea agreement as an exhibit to any filing

3   defense counsel agrees to file said exhibit under seal.

4   Dated:  May 27, 2013.                Respectfully submitted,

5                                        BARTH DALY LLP

6

7   By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
8       Attorneys for NICHOLAS PERRY

9

10  Dated:  May 27, 2013.        By____/s/ Kresta Nora Daly for_____
                                     KYLE REARDON
11                                   Assistant United States Attorney

12

13                                  **O R D E R**

14          In accordance with the foregoing agreement, and good cause appearing, counsel for the

15  government is permitted to disclose copies of the Brandon Marks' plea agreement in 2:12-CR-

16  00229-KJM to defense counsel for Nicholas Perry.

17          **IT IS SO ORDERED.**

18

19  Dated:  June 3, 2014

20

21  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
22  UNITED STATES DISTRICT COURT

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA