KRESTA NORA DALY, SBN 199689
BARTH DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
NICHOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0238-MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER** |
| v. | |
| NICHOLAS PERRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, KRESTA NORA DALY, that the sentencing hearing set for June 26, 2014 be vacated. The parties request a sentencing hearing for August 21, 2014.

///
///
///
///
///
///
///
///

1

|   |   |   |
|---|---|---|
| Dated: June 17, 2014. | Respectfully submitted, | |
| | BARTH DALY LLP | |
| | By | /s/ Kresta Nora Daly |
| | | KRESTA NORA DALY |
| | | Attorneys for NICHOLAS PERRY |

Dated: June 17, 2014    By   /s/ Kresta Nora Daly for
                                    KYLE REARDON
                                    Assistant United States Attorney

**O R D E R**

The sentencing hearing previously set for June 26, 2014, is hereby vacated and continued to August 21, 2014, at 9:00 AM in Courtroom 7.

**IT IS SO ORDERED.**

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2