KRESTA NORA DALY, SBN 199689
B{\sc arth} D{\sc aly} LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
NICHOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS PERRY,<br><br>    Defendant. | Case No. 2:12-CR-0238-MCE<br><br>**AMENDED STIPULATION AND ORDER** |

   It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, KRESTA NORA DALY, that the sentencing hearing set for August 21, 2014 be vacated. The parties request a sentencing hearing for September 18, 2014.

///
///
///
///
///
///
///
///

{00013340}

| | |
|---|---|
| Dated:  August 8, 2014. | Respectfully submitted, |
| | BARTH DALY LLP |
| | By   /s/ Kresta Nora Daly<br>KRESTA NORA DALY<br>Attorneys for NICHOLAS PERRY |
| Dated:  August 8, 2014 | By   /s/ Kresta Nora Daly for<br>KYLE REARDON<br>Assistant United States Attorney |

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

{00013340}

2

AMENDED STIPULATION AND ORDER                                                  [Case No. 2:12-CR-0238-MCE]